**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80089-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**COURTNEY KEON MALLORY,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 43]. On November 14, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 40] during which Defendant pled guilty to Counts 1 and 2 of the Superseding Information [ECF No. 34] pursuant to a written plea agreement and factual proffer [ECF Nos. 41, 42]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2 of the Superseding Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 34]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 43] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Courtney Keon Mallory** as to Counts 1 and 2 of the Superseding Information is **ACCEPTED**.

3. Defendant **Courtney Keon Mallory** is adjudicated guilty of Counts 1 and 2 of the Superseding Information. Count 1 charges him with, knowingly taking by force, violence, and intimidation, from the person and presence of an employee of Truist Bank, located at 23037 FL-7, Boca Raton, Florida, approximately twenty thousand two hundred four dollars ($20,204.00) in United States Currency, belonging to, and in the care, custody, control, management, and possession of Truist Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing the offense, did assault any person and put in jeopardy the life of any person by the use of a dangerous weapon or device, in violation of Title 18 U.S.C. § 2113(a) and (d). Count 2 charges him with, knowingly taking by force, violence, and intimidation, from the person and presence of an employee of Bank of America, located at 13700 S. Jog Road, Delray Beach, Florida, approximately twenty-one thousand two hundred forty-two dollars and fifty cents ($21,242.50) in United States currency, belonging to, and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing the offense, did assault any person and put in jeopardy the life of any person by the use of a dangerous weapon or device, in violation of Title 18, U.S.C. § 2113(a) and (d) [ECF No. 34].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of December 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 24-80089-CR-CANNON

cc: counsel of record